## DELABIGARRE *v.* THE SECOND MUNICIPALITY OF NEW ORLEANS.

APPEAL, by the plaintiffs, from a judgment of the Fifth District Court of New Orleans, *Buchanan*, J. *R. N.*, and *A. N. Ogden*, for the appellant. *Roselius* and *H. A. Bullard*, for the defendants.

ROST, J. For the reasons assigned in the case between the same parties just determined, it is ordered that the judgment discharging the rule taken by the plaintiff upon the defendants in this case, be affirmed, with costs.